Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| E.N., A Minor, By and Through B.N., Her Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON UNION SCHOOL DISTRICT, CONTRA COSTA COUNTY OFFICE OF EDUCATION, AND CONTRA COSTA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA,<br><br>Defendants. | CASE NO. C 06-6052 CRB<br><br>[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>*Filed concurrently with:*<br><br>1. Administrative Motion to Continue Case Management Conference and Related Deadlines<br>2. Declaration of Jan E. Tomsky |

The Court, having considered Defendants BYRON UNION SCHOOL DISTRICT, CONTRA COSTA COUNTY OFFICE OF EDUCATION and CONTRA COSTA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA (collectively "Defendants") Administrative Motion to Continue the Case Management Conference and Related Deadlines, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Case Management Conference and related deadlines be continued as follows:

| | | |
|---|---|---|
| 1 | April 20, 2007 | Last day for parties to: |
| 2 | | • meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan |
| 4 | | • file ADR Certification signed by Parties and Counsel |
| 5 | | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 7 | May 4, 2007 | Last day to complete initial disclosures or state objection in Rule 26(f) report, file Case Management Statement, and file Rule 26(f) Report |
| 10 | May 11, 2007 | Initial Case Management Conference (CMC) in Ctrm. 8, 19th FL, SF at 8:30 a.m. |

Dated: Feb. 27, 2007

_____
The Honorable Charles R. Breyer, Judge
United States District Court for the Northern
District of California

IT IS SO ORDERED
Judge Charles R. Breyer

00267.00000/19945.1

2

C 06-6052 CRB
[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211