IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| E.N., A minor, By and Through B.N., Her Guardian Ad Litem, <br><br> Plaintiff, <br><br> v. <br><br> BYRON UNION SCHOOL DISTRICT, CONTRA COSTA COUNTY OFFICE OF EDUCATION, and CONTRA COSTA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA, <br><br> Defendants. | CASE NO. C 06-06052 CRB (EMC) <br><br> ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

The Court having considered the stipulation by the parties to continue the Case Management Conference currently scheduled for July 6, 2007, at 8:30 a.m., and good cause appearing,

IT IS SO ORDERED that a continuance of the Case Management Conference be granted, and the Case Management Conference shall be scheduled on ____September 21_____, 2007, at _8:30___ a.m.

Dated: _____
The Honorable Charles R. Breyer
U.S. District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

E.N. v. BYRON UNION SCHOOL DISTRICT, et al.; Case No.
ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND SETTING DATE                                    Page 1 of 2