Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| E.N., A Minor, By and Through B.N., Her Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON UNION SCHOOL DISTRICT, CONTRA COSTA COUNTY OFFICE OF EDUCATION, and CONTRA COSTA COUNTY SPECIAL EDUCATION LOCAL PLAN AREA,<br><br>Defendants. | CASE NO. C 06-6052 CRB (EMC)<br><br>[**PROPOSED**] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>*Filed concurrently with:*<br><br>1. Stipulation to Continue Case Management Conference and Set Date |

The Court, having considered the stipulation by the parties to continue the Case Management Conference currently scheduled for September 21, 2007, at 8:30 a.m., and good cause appearing,

IT IS HEREBY ORDERED that a continuance of the Case Management Conference be granted, and the Case Management Conference shall be scheduled on  November 16 , 2007, at  8:30   a.m.

Dated: September 20, 2007

_____
The Honorable Charles R. Breyer
United States District Court
District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*C 06-6052 CRB*

00267.00000/19945.1